[No. 27548-1-II.   Division Two.   July 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00098-5, Toni A. Sheldon, J., entered June 28, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27843-0-II.   Division Two.   July 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BETINA RENEE DAVIS-MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01153-7, Barbara D. Johnson, J., entered September 6, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28107-4-II.   Division Two.   July 26, 2002.]

CLOVER PARK SCHOOL DISTRICT, *Respondent*, v. CLOVER PARK EDUCATION ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07234-5, Frederick B. Hayes, J., entered November 9, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.